UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

TWILIA ANDREWS

VERSUS  CIVIL ACTION: 3:14-cv-668

STATE FARM FIRE AND
CASUALTY COMPANY

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Twilia Andrews, who moves that her suit be dismissed, with prejudice.

**NOW ALSO COMES** the State Farm Fire and Casualty Company who consents to the dismissal of the case, with prejudice.

Respectfully submitted:

BY ATTORNEYS:

KEOGH, COX & WILSON, LTD
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, LA    70821
Telephone: 225-383-3796
Facsimile: 225-343-9612

_____
Christopher K. Jones, #28101
*Attorneys for plaintiff, Twilia Andrews*

*(Continued on next page)*

BY ATTORNEYS:

Schutte, Terhoeve, Richardson, Eversberg,
Cronin, Judice & Boudreaux L. L. P.
501 Louisiana Avenue (70802)
Post Office Box 3177
Baton Rouge, Louisiana 70821
Telephone: 225-387-6966
Facsimile: 225-387-8338

By: _____
      Henry G. Terhoeve, #14464
*Attorneys for the State Farm Fire and
Casualty Company*