**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**TWILIA ANDREWS**

**VERSUS**                                    **CIVIL ACTION:  3:14-cv-668**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**

## ORDER

Considering the foregoing joint Motion of all parties in this litigation:

**IT IS ORDERED** that this suit is dismissed, with prejudice.

Signed in Baton Rouge, Louisiana, on October 27, 2016.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

0120-0356